UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PETER HONNEMANN,

           Plaintiff,

   v.

SOUND PUBLISHING, INC.,

           Defendant.

C21-723 TSZ

MINUTE ORDER

     The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

     (1)    Plaintiff's unopposed motion for leave to amend, docket no. 10, is GRANTED. Plaintiff shall electronically file the Amended Complaint, attached as Exhibit A to the motion, via the Case Management and Electronic Case Filing ("CM/ECF") system within seven (7) days of the date of this Minute Order.

     (2)    Any responsive pleading or motion is due within fourteen (14) days after the Amended Complaint is filed. Fed. R. Civ. P. 15(a)(3).

     (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

     Dated this 22nd day of March, 2022.

                                        Ravi Subramanian
                                        Clerk

                                        s/Gail Glass
                                        Deputy Clerk

MINUTE ORDER - 1